IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ex rel KATHY FENDER,

    Plaintiff,

v.

TENET HEALTHCARE CORPORATION; TENET HEALTH SYSTEMS MEDICAL, INC.; BROOKWOOD HEALTH SERVICES, INC.; BROOKWOOD HEALTH SERVICES, INC. d/b/a BROOKWOOD MEDICAL CENTER and ALABAMA MEDICAL GROUP, INC.,

    Defendants.

CIVIL ACTION NO. 98-G-0899-S

ORDER

In accordance with the memorandum opinion being entered contemporaneously herewith it is ORDERED, ADJUDGED and DECREED that this cause be and it hereby is UNSEALED,[1] the United States having elected not to intervene in this action pursuant to the False Claims Act [hereinafter FCA],

---

[1] The court has taken the government's request to retain the action under seal as a motion.

31 U.S.C. § 3730(b)(4). It is

FURTHER ORDERED, ADJUDGED and DECREED that the complaint and all other documentation released from under seal be served upon the defendants. It is

FURTHER ORDERED, ADJUDGED and DECREED that the parties be and they hereby are ALLOWED to settle or dismiss the action without the consent of the Attorney General. It is

FURTHER ORDERED, ADJUDGED and DECREED that the government's consent to dismissal be and it hereby is only required during the initial sixty-day (or extended) period in which the government may decide to intervene. It is

FURTHER ORDERED, ADJUDGED and DECREED that since the United States has elected not to intervene in this action after adequate time in which to do so and is, thus, not a party to the action, it is not entitled to receipt of pleadings, motions, memoranda, etcetera in this cause nor is it entitled to receipt of deposition transcripts. It is

2

FURTHER ORDERED, ADJUDGED and DECREED that since the court has magnanimously extended the deadline for the United States to elect to intervene on four separate occasions, dating back to July 21, 1998, and by order of December 3, 1999, (document 13 in the court file) gave notice to the United States that the extension granted was the final one, the United States has waived its right to intervene in this cause. It is

FURTHER ORDERED, ADJUDGED and DECREED that following receipt of this order the United States is not entitled to receipt of orders entered in this action. It is

FURTHER ORDERED, ADJUDGED and DECREED that since the United States has waived its right to intervene, the relator and defendant are free to dismiss or settle this cause without the consent of the United States. It is

FURTHER ORDERED that the parties are given the opportunity to brief within 90 days of appearance of counsel following service of the complaint whether this cause should be dismissed as being violative of provisions of the U.S. Const. art. II.  It is

FURTHER ORDERED, ADJUDGED and DECREED that a copy of this order and opinion are to be served with the other suit papers.

DONE and ORDERED this 6th day of July 2000.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.