FILED
01 FEB 23 PM 1:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ex rel
KATHY FENDER,
      Plaintiffs,

vs.

CIVIL ACTION NO. 98-G-0899-S

TENET HEALTHCARE CORPORATION,
TENET HEALTH SYSTEMS, INC.
BROOKWOOD MEDICAL CENTER,
BROOKWOOD HEALTH SERVICES, INC.,
and ALABAMA MEDICAL GROUP,
      Defendants.

**ENTERED**

FEB 23 2001

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and the attached Court's Order of July 6, 2000, Plaintiff/Relator Kathy Fender, by and through her attorney, hereby moves the Court to dismiss this case without prejudice, in accord with the terms of the July 6, 2000 Order. Defendants have not served an answer or motion for summary judgment. Therefore, the case is appropriate for dismissal by Plaintiff/Relator under Rule 41(a)(1).

\*     \*     \*     \*     \*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Dismiss has been furnished to JAMES G. GANN, III, ESQ., U.S. Attorney's Office, Robert S. Vance Federal Building, Suite 200, 1800 Fifth Avenue North, Birmingham, AL 32503-3112, by U.S. Mail; LAURIE OBEREMBT, Trial Attorney, Civil Division, U.S. Department of Justice, 601 "D" Street, Room 6531, Washington, D.C. 20044 and JAMES H. MCFERRIN, ESQ., McFerrin & Associates, 1920 Huntington Road, Birmingham, AL 35209, by U.S. Mail on this

21st day of February, 2001.

BRYAN F. AYLSTOCK
Levin, Middlebrooks, Thomas, Mitchell,
Echsner, Proctor & Papantonio, P.A.
Post Office Box 12308
Pensacola, FL 32581
(850) 435-7118
ATTORNEYS FOR RELATOR